Michael R. Pfeifer, Esq. (S.B. 072245)
Libby Wong, Esq.  (S.B. 173824)
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Tele: (714) 703-9300
Fax:  (714) 703-9303

Attorneys for Defendant, ENCORE CREDIT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual,<br><br>　　　　　Defendants. | Case No.:  C 04 1682  EDL  ARB<br><br>Assigned To:<br>**Hon. ELIZABETH D. LAPORTE**<br>**United States Magistrate Judge**<br>Div/Dept:  E<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT HEARING; ORDER THEREON [Proposed]**<br><br>Date:　　August 30, 2005<br>Time:　　9:00 a.m.<br>Courtroom:　"E"<br>Judge:  Hon. Elizabeth D. LaPorte<br><br>Complaint Filed 04/29/04 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　Please take notice that Michael R. Pfeifer, Esq., counsel for Defendant ENCORE CREDIT CORPORATION ("Encore"), requests to appear by telephone at the hearing on Plaintiff's Motion to Compel, scheduled for Tuesday, August

1

30, 2005, at 9:00 a.m., before the Honorable Elizabeth LaPorte. Pfeifer & Reynolds, LLP is located in Orange County, California and would request for the sake of efficiency and economy that I be allowed to appear telephonically.  I am aware of the technological limitations of the Court's telephonic system and the rules of the Court regarding telephonic appearances. I have obtained Consent for such telephonic appearance from Rachel Kook, who is counsel for the other defendants.

DATED:  August 23, 2005           PFEIFER & REYNOLDS, LLP

                                  /S/ Michael R. Pfeifer

                                  By: _____
                                       MICHAEL R. PFEIFER
                                  Attorneys for Defendant,
                                  ENCORE CREDIT CORPORATION

Telephonic appearance by Michael Pfeifer at the hearing re Plaintiff's Motion to Compel on August 30, 2005 is authorized.

   August 24, 2005                 _____
                                   HON. ELIZABETH D. LAPORTE
                                   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte