1  HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP
   James F. Geary (State Bar #061238)
2  Rachel N. Kook (State Bar #169493)
   Attorneys at Law
3  520 Capitol Mall, Suite 400
   Sacramento, California  95814
4  Telephone:  (916) 491-3000
   Facsimile:   (916) 491-3080
5
   Attorneys for Hilltop Financial Mortgage, Inc.,
6  a California corporation, and Ibrahim Kaba, an individual

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12 SANTOS SALAS, an individual, and            Case No. C 04 1682 **EDL**
   ANITA GUTIERREZ, an individual
13                                             **STIPULATION REGARDING**
              Plaintiffs,                      **PLAINTIFFS' THIRD**
14                                             **AMENDED COMPLAINT;**
   v.                                          **[PROPOSED] ORDER**
15
   HILLTOP FINANCIAL MORTGAGE, INC., a         Judge:  Hon. Elizabeth D. La Porte
16 California corporation, ENCORE CREDIT
   CORPORATION, a California corporation, and
17 IBRAHIM KABA, an individual,

18            Defendants.
                                          /
19

20        Plaintiffs, Santos Salas and Anita Gutierrez, and Defendants, Hilltop Financial

21 Mortgage, Inc. and Ibrahim Kaba, by and through their respective attorneys of record, request

22 that the Court enter the [Proposed] Order based on the stipulation of the parties as set forth

23 below:

24        1.   At the hearing on Plaintiffs' motion to compel certain discovery held on

25 August 30, 2005, the Hon. Elizabeth La Porte presiding, this Court ordered the stipulating parties

26 to meet and confer regarding the filing of Plaintiffs' Third Amended Complaint.

27        2.   The stipulating parties have met and conferred regarding the filing of

28 Plaintiffs' Third Amended Complaint throughout this past week.

STIPULATION REGARDING PLAINTIFFS' THIRD AMENDED COMPLAINT; [PROPOSED] ORDER
83959101\00000083.DOC                      1

1    3. Pursuant to the meet and confer discussion, the stipulating parties have agreed that Plaintiffs will provide counsel of record for Defendants a new proposed Third Amended Complaint via e-mail on September 6, 2005.

4. The stipulating parties have agreed that by September 13, 2005, one of the following will occur: (a) the parties will file a stipulation allowing the filing of the Third Amended Complaint; or (b) Plaintiffs will file their motion for leave to file the Third Amended Complaint.

**IT IS HEREBY STIPULATED:**

HUNTER RICHEY DI BENEDETTO & EISENBEIS, LLP

Dated: September 2, 2005     /s/_____
James F. Geary
Attorneys for Defendants
Hilltop Financial Mortgage Inc. and
Ibrahim Kaba


DLA PIPER RUDNICK GRAY CARY US LLP

Dated: September 2, 2005     /s/_____
David M. Doyle
Attorneys for Plaintiffs
Santos Salas and Anita Gutierrez

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. Plaintiffs will provide counsel of record for Defendants a new proposed Third Amended Complaint via e-mail on September 6, 2005; and

2. By September 13, 2005, one of the following shall occur: (a) the parties will file a stipulation allowing the filing of the Third Amended Complaint; or (b) Plaintiffs will file their motion for leave to file the Third Amended Complaint.

Dated: September 6, 2005     _____
HON. ELIZABETH D. LA PORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte