HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP
James F. Geary (State Bar #061238)
Jonathan G. Riddell (State Bar #225004)
Attorneys at Law
520 Capitol Mall, Suite 400
Sacramento, California  95814
Telephone:  (916) 491-3000
Facsimile:  (916) 491-3080

Attorneys for Hilltop Financial Mortgage, Inc.,
a California corporation, and Abraham Kaba, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual<br><br>            Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual,<br><br>            Defendants.<br>_____<br><br>ENCORE CREDIT CORPORATION, a California corporation,<br><br>            Cross-Claimant,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, and ABRAHAM KABA, an individual,<br><br>            Cross-Defendants.<br>_____/ | Case No. C 04 1682 **EDL**<br><br>ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE<br><br>DATE:    Sept. 27, 2005<br>TIME:    10:00 a.m.<br>DEPT:    E<br><br>COMPLAINT FILED 04/29/04 |

Request for Telephonic  Appearance  & ORDER
83959101\00000085.DOC\1                                    1

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    Please take notice that James F. Geary, counsel for Defendants Hilltop Financial

3    Mortgage, Inc., a California corporation, and Ibrahim Kaba, an individual, hereby requests leave

4    to appear by telephone at the case management conference, scheduled for September 27, 2005,

5    at 10:00 a.m., in Courtroom E.

6    Counsel is located in Sacramento, California and would request for the sake of

7    efficiency and economy that he be allowed to appear telephonically.  Counsel is aware of the

8    technological limitations of the Court's telephonic system and the requirements of the Court

9    regarding appearance by phone.  He will conduct himself accordingly.

10    Respectfully submitted,

11    Dated:  September 20, 2005          HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP

12

13

14    By:      /s/
           James F. Geary
15         Attorneys for
           Hilltop Financial Mortgage, Inc., a California
16         corporation, and Ibrahim Kaba, an individual

17    IT IS SO ORDERED

18

19    September 21, 2005

20

21    U.S. MAGISTRATE JUDGE
      ELIZABETH D. LAPORTE

22

23

24

25

26

27

28

Request for Telephonic  Appearance  & ORDER

83959101\00000085.DOC\1                                    2