Michael R. Pfeifer, Esq. (S.B. 072245)
Libby Wong, Esq.  (S.B. 173824)
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Tele: (714) 703-9300
Fax:  (714) 703-9303

Attorneys for Defendant, ENCORE CREDIT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual,<br><br>          Defendants. | Case No.:  C 04 1682  EDL  ARB<br><br>Assigned To:<br>**Hon. ELIZABETH D. LAPORTE**<br>**United States Magistrate Judge**<br>Div/Dept:  E<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE AND ORDER THEREON [Proposed]**<br><br>Date:         September 27, 2005<br>Time:         10:00 a.m.<br>Courtroom:   "E"<br>Judge:   Hon. Elizabeth D. LaPorte<br><br>Complaint Filed 04/29/04 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

   Please take notice that Michael R. Pfeifer, Esq., counsel for Defendant ENCORE CREDIT CORPORATION ("Encore"), requests to appear by telephone

1

REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER
CASE MANAGEMENT CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

at the Further Case Management Conference, scheduled for Tuesday, September 27, 2005, at 10:00 a.m., before the Honorable Elizabeth LaPorte. Pfeifer & Reynolds, LLP is located in Orange County, California and would request for the sake of efficiency and economy that I be allowed to appear telephonically.  I am aware of the technological limitations of the Court's telephonic system and the rules of the Court regarding telephonic appearances. I have obtained Consent for such telephonic appearance from James F. Geary, who is counsel for the other defendants and will also be appearing telephonically.

DATED:  September 22, 2005          PFEIFER & REYNOLDS, LLP


                                    By:   /S/  Michael R. Pfeifer
                                       MICHAEL R. PFEIFER
                                    Attorneys for Defendant,
                                    ENCORE CREDIT CORPORATION


Telephonic appearance by Michael Pfeifer at the Further Case Management Conference on September 27, 2005 is authorized.

September 22, 2005                  _____
                                    HON. ELIZABETH D. LAPORTE
                                    UNITED STATES MAGISTRATE JUDGE

2

REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com