| | |
|---|---|
| ANDREW P. VALENTINE (Bar No. 162094)<br>DAVID BANIE (Bar No. 217924)<br>AARON WAINSCOAT (Bar No. 218339)<br>RAJIV S. DHARNIDHARKA (Bar No. 234756)<br>**DLA PIPER RUDNICK GRAY CARY US LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Plaintiffs<br>SANTOS SALAS and ANITA GUTIERREZ | MICHAEL R. PFEIFER (SBN 072245)<br>JAMES P. FINERTY (SBN 11561)<br>**PFEIFER & REYNOLDS, LLP**<br>765 The City Drive, Suite 380<br>Orange, CA 92868<br>Tel: (714) 703-9300<br>Fax: (714) 703-9303<br><br>Attorneys for ENCORE CREDIT CORP. |

**FILED**
NOV 15 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual,<br>Defendants. | CASE NO. C 04 1682 MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

Plaintiffs Santos Salas and Anita Gutierrez ("Plaintiffs") and Defendant Encore Credit Corp. ("Encore") through their respective attorneys of record, hereby STIPULATE AND AGREE as follows:

WHEREAS on April 1, 2005 the Court entered the Case Management and Pretrial Order for Jury Trial ("CMC Order"), ordering all parties to schedule private mediation; and

WHEREAS on or about July 20, 2005, the parties participated in a mediation (the "Mediation") through the Judicial Arbitration and Mediation Service ("JAMS") under the direction of the Hon. Walter P. Capaccioli (Ret.), and as the result of negotiations at the Mediation, the Plaintiffs and Encore agreed to full settlement (the "Settlement") of the Action

-1-
STIPULATION TO EXTEND TIME FOR ENCORE TO RESPOND TO THIRD
AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1 against Encore only, and to the release and discharge, as against Encore only, of any and all
2 claims and causes of action made in the Action and all causes of action arising out of the events
3 or incidents referred to in the pleadings in the Action; and

4     WHEREAS, the Settlement contemplated that certain actions be taken and certain events
5 occur before Encore is dismissed from the Action; and

6     WHEREAS, despite the diligence of Plaintiffs and Encore, some of the actions and events
7 contemplated by the Settlement have yet to occur, but are still expected to occur within the next
8 60 days; and

9     WHEREAS, Plaintiffs filed a Third Amended Complaint on or about October 11, 2005 in
10 which Encore was still named as a Defendant; and

11     WHEREAS, Plaintiffs and Encore expect all of the actions and events contemplated by
12 the Settlement will soon occur and a dismissal will be entered as to Encore, thereby rendering
13 Encore's further participation in the Action unnecessary;

14     THEREFORE, the Plaintiffs and Defendant Encore respectfully request that the Court
15 extend the time for Encore to respond to Plaintiffs' Third Amended Complaint until and including
16 December 12, 2005.

17

18 **IT IS SO STIPULATED**

19

20 Dated: October 31, 2005           DLA PIPER RUDNICK GRAY CARY US LLP

21

22                                     By _____
                                          DAVID BANIE
23                                           Attorneys for Plaintiffs
                                          SANTOS SALAS and ANITA GUTIERREZ
24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: October 31, 2005

2                                      PFEIFER & REYNOLDS, LLP

3

4                                      By    /S/ Michael R. Pfeifer
                                          MICHAEL R. PFEIFER

5                                            Attorneys for Defendant
                                          ENCORE CREDIT CORPORATION

6

7

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9  Dated:   11/15/05

10                                         HONORABLE ELIZABETH D. LAPORTE
                                         UNITED STATES DISTRICT COURT JUDGE

-3-
STIPULATION TO EXTEND TIME FOR ENCORE TO RESPOND TO THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com