1 ANDREW P. VALENTINE (Bar No. 162094)
DAVID BANIE (Bar No. 217924)
2 AARON WAINSCOAT (Bar No. 218339)
TIFFANY H. SUTTON (Bar No. 225675)
3 **DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
4 East Palo Alto, CA 94303-2248
Tel: 650-833-2065
5 Fax: 650-833-2001

6 Attorneys for Plaintiffs
Santo Salas and Anita Gutierrez
7

MICHAEL R. PFEIFER
8 LIBBY WONG
JAMES P. FINERTY
9 **PFEIFER & REYNOLDS**
765 The City Drive, Ste. 380
10 Orange, CA 92868
11 Tel: 714-703-9300
Fax: 714-703-9303
12

Attorneys for Defendants
13 Encore Credit Corp.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

| SANTO SALAS, an individual, and ANITA GUTIERREZ, an individual, | CASE NO. C 04 1682 MHP |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, ABRAHAM KABA, an individual, and THANH (TOM) NGUYEN, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs SANTOS SALAS and ANITA GUTIERREZ on the one hand, and Defendant ENCORE CREDIT CORPORATION ("ENCORE"), on the other hand, by and through their respective counsel of record that the above

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7197075.1
125-4347

STIPULATION OF DISMISSAL
C 04 1682 MHP

1 | entitled action against Defendant ENCORE shall be dismissed with prejudice pursuant to
2 | FRCP 41(a)(1).

Dated: December 9, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
TIFFANY H. SUTTON
Attorney for Plaintiffs
Santo Salas and Anita Gutierrez

Dated: December **30**, 2005

PFEIFFER & REYNOLDS, LLP

By _____
MICHAEL R. PFEIFER
Attorney for Defendant
ENCORE CREDIT CORPORATION

**IT IS SO ORDERED**

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7197075.1
125-4347

STIPULATION OF DISMISSAL
C 04 1682 MHP