**FILED**

FEB 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP
  James F. Geary (State Bar #061238)
2 Attorneys at Law
  520 Capitol Mall, Suite 400
3 Sacramento, California 95814
  Telephone: (916) 491-3000
4 Facsimile: (916) 491-3080

5 Attorneys for Hilltop Financial Mortgage, Inc.,
  a California corporation, and Abraham Kaba, an individual

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS SALAS, an individual, and NITA GUTIERREZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual,<br><br>Defendants. | Case No. C 04 1682<br><br>**DEFENDANT IBRAHIM KABA'S SUBSTITUTION OF ATTORNEY**<br><br>COMPLAINT FILED 04/29/04 |

Defendant IBRAHIM KABA hereby substitutes Scott Hammel, Esq., 860 Hillview Court, Suite 310, Milpitas, California 95035, who is retained counsel as attorney of record in the place and stead of James F. Geary, HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP, 520 Capitol Mall, Suite 400, Sacramento, California 95814.

Dated: 2/27/06

_(signature)_

Ibrahim Kaba

DEFENDANT IBRAHIM KABA'S SUBSTITUTION OF ATTORNEY 1
83959101\00000164DOC\1

| | |
|---|---|
| 1 | I consent to the above substitution. |
| 2 | |
| 3 | Dated: 2-24-06        HUNTER RICHEY DiBENEDETTO & EISENBEIS, LLP |
| 4 | |
| 5 | *[signature]* |
| 6 | James F. Geary, Esq. |
| 7 | Attorneys for Hilltop Financial Mortgage, Inc., a California corporation, and Abraham Kaba, an individual, and Tom Nguyen, an individual. |
| 8 | |
| 9 | I am duly admitted to practice in this District. |
| 10 | |
| 11 | Dated: 2-27-06        *[signature]* |
| 12 | Scott Hammel, Esq. |
| 13 | |
| 14 | Substitution of attorney is herby approved. |
| 15 | |
| 16 | Dated: 2/27/06        *[signature]* |
| 17 | United States District Judge |

DEFENDANT IBRAHIM KABA'S SUBSTITUTION OF ATTORNEY  2
83959101\00000164DOC\1