HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP
James F. Geary (State Bar #061238)
Attorneys at Law
520 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone: (916) 491-3000
Facsimile: (916) 491-3080

Attorneys for Hilltop Financial Mortgage, Inc.,
a California corporation, and Abraham Kaba, an individual

**FILED**

FEB 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS SALAS, an individual, and NITA GUTIERREZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual,<br><br>Defendants.<br>_____ / | Case No. C 04 1682<br><br>**DEFENDANT HILLTOP FINANCIAL MORTGAGE, INC., SUBSTITUTION OF ATTORNEY**<br><br>COMPLAINT FILED 04/29/04 |

Defendant HILLTOP FINANCIAL MORTGAGE, INC., hereby substitutes Scott Hammel, Esq., 860 Hillview Court, Suite 310, Milpitas, California 95035, who is retained counsel as attorney of record in the place and stead of James F. Geary, HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP, 520 Capitol Mall, Suite 400, Sacramento, California 95814.

Dated: 2/27/06

_____
Tom Nguyen, Hilltop Financial Mortgage, Inc.

DEFENDANT HILLTOP FINANCIAL MORTGAGE, INC., SUBSTITUTION OF ATTORNEY
83959101\00000164DOC\1

|     |                                                                                              |
| --- | -------------------------------------------------------------------------------------------- |
| 1   | I consent to the above substitution.                                                         |
| 2   |                                                                                              |
| 3   | Dated: 2-24-06                             HUNTER RICHEY DI BENEDETTO & EISENBEIS, LLP       |

James F. Geary, Esq.
Attorneys for Hilltop Financial Mortgage, Inc.,
a California corporation, and Abraham Kaba,
an individual, and Tom Nguyen, an individual.

I am duly admitted to practice in this District.

Dated: 2-27-06

Scott Hammel, Esq.

Substitution of attorney is herby approved.

Dated: 2/27/06

United States District Judge