| | |
|---|---|
| 1  HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP<br>   James F. Geary (State Bar #061238)<br>2  Attorneys at Law<br>   520 Capitol Mall, Suite 400<br>3  Sacramento, California 95814<br>   Telephone: (916) 491-3000<br>4  Facsimile: (916) 491-3080 | **FILED**<br>FEB 2 8 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  Attorneys for Hilltop Financial Mortgage, Inc.,
   a California corporation, and Abraham Kaba, an individual

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  SANTOS SALAS, an individual, and<br>     NITA GUTIERREZ, an individual | Case No. C 04 1682 |
| 13              Plaintiffs, | **DEFENDANT TOM NGUYEN'S SUBSTITUTION OF ATTORNEY** |
| 14  v. | |
| 15  HILLTOP FINANCIAL MORTGAGE, INC., a<br>     California corporation, ENCORE CREDIT<br>16  CORPORATION, a California corporation, and<br>     ABRAHAM KABA, an individual, | COMPLAINT FILED 04/29/04 |
| 17              Defendants. | |
| 18  _____/ | |

19

20

21    Defendant TOM NGUYEN hereby substitutes Scott Hammel, Esq., 860 Hillview Court,

22  Suite 310, Milpitas, California 95035, who is retained counsel as attorney of record in the place

23  and stead of James F. Geary, HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP, 520

24  Capitol Mall, Suite 400, Sacramento, California 95814.

25

26  Dated: 2/27/06                           _____
27                                           Tom Nguyen
28

DEFENDANT TOM NGUYEN'S SUBSTITUTION OF ATTORNEY  1
83959101\00000164DOC\1

I consent to the above substitution.

Dated: 2-24-06        HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP

James F. Geary, Esq.
Attorneys for Hilltop Financial Mortgage, Inc.,
a California corporation, and Abraham Kaba,
an individual, and Tom Nguyen, an individual.

I am duly admitted to practice in this District.

Dated: 2-27-06

Scott Hammel, Esq.

Substitution of attorney is herby approved.

Dated: 2/27/06

United States District Judge

DEFENDANT TOM NGUYEN'S SUBSTITUTION OF ATTORNEY 2
83959101\00000164DOC\1