BYRON H. DONE, ESQ. (SBN: 184255)
LAW OFFICE OF BYRON H. DONE
1990 N. California Blvd., Suite 830
Walnut Creek, CA 94596
Telephone: (925) 932-7009
Facsimile: (925) 930-9675
email: byron.done@sbcglobal.net

Attorney for defendant
THANH (TOM) NGUYEN

SCOTT HAMMEL, ESQ. (SBN: 114911)
860 Hillview Ct., Suite 310
Milpitas, CA 95035
Telephone: (408) 957-3888
Facsimile: (408) 957-3883

Attorney for defendants
HILLTOP FINANCIAL MORTGAGE, INC.,
ABRAHAM KABA, and THANH (TOM) NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual,<br><br>Plaintiffs,<br>vs.<br>HILLTOP FINANCIAL MORTGAGE, INC., a California Corporation, ENCORE CREDIT CORPORATION, a California corporation, ABRAHAM KABA, an individual, and THANH (TOM) NGUYEN, an individual,<br><br>Defendants. | Case No. C 04-1682 MHP (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE**<br><br><br><br>COMPLAINT FILED 04/29/2004 |

Plaintiffs SANTOS SALAS and ANITA GUTIERREZ and defendants HILLTOP FINANCIAL MORTGAGE, INC., ABRAHAM KABA, and THANH (TOM) NGUYEN, by and through the parties' respective counsel of record, hereby stipulate to an extension of time to complete the settlement conference by May 1, 2006, as follows:

1.   Magistrate Judge Edward M. Chen, on March 1, 2006, issued a Notice of Settlement Conference and Settlement Conference Order, setting the date of April 14, 2006 for

**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE**
*Salas v. Hilltop Fin. Mortgage, Inc.*, Case No. C 04-1682 MHP (EMC)                                                                1

the settlement conference in this case.

2. Defendants first received notice of the April 14, 2006 settlement conference late in the afternoon on March 31, 2006, when defendants received a copy of plaintiffs' settlement conference statement. Defendants were never served with Judge Chen's Notice of Settlement Conference and Settlement Conference Order, despite defendants' counsel, Scott Hammel, having substituted into this case on February 27, 2006, after defendants' prior counsel withdrew from the case. Defendants' counsel first saw the Settlement Conference Order on the court's website following receipt of plaintiffs' settlement conference statement on March 31, 2006.

3. Defendants' insurance carrier has not had sufficient notice of the settlement conference for the settlement conference to be productive. Following Mr. Hammel's substitution into the case on behalf of defendants, plaintiffs' claims were promptly tendered to defendants' professional liability insurance carrier, CNA/Continental Casualty ("CNA"). CNA accepted tender of defense for one of the defendants on March 24, 2006. Upon discovery of Judge Chen's Settlement Conference Order on March 31, 2006, CNA was promptly sent a copy of the order. In order for a settlement conference to be productive, it will be necessary for CNA to have more time to evaluate the plaintiffs' claims and arrange to attend a settlement conference. CNA's claims representative is based in New York.

5. The current deadline to complete the settlement conference is April 15, 2006. An extension of time to complete the settlement conference by May 1, 2006 will not affect any of the other deadlines which have been set by the court in this matter, including the date set for trial.

6. In accordance with Judge Chen's March 1, 2006 Notice of Settlement Conference and Settlement Conference Order, Defendants will serve a Settlement Conference Statement and a written response to Plaintiffs March 31 settlement demand, no later than April 10, 2006.

7. For the foregoing reasons, counsel for plaintiffs and counsel for defendants request the court to enter an order extending the time to complete the settlement conference to May 1, 2006.

/ / /

**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE**
*Salas v. Hilltop Fin. Mortgage, Inc.*, Case No. C 04-1682 MHP (EMC)

IT IS SO STIPULATED.

Dated: April 6, 2006               LAW OFFICE OF BYRON H. DONE


By: _____S_____
    BYRON H. DONE
    Attorney for defendant
    THANH (TOM) NGUYEN


Dated: April 6, 2006               _____S_____
SCOTT HAMMEL
Attorney for defendants
HILLTOP FINANCIAL MORTGAGE, INC., ABRAHAM KABA, and THANH (TOM) NGUYEN


Dated: April 6, 2006               DLA PIPER RUDNICK GRAY CARY US LLP


By: _____S_____
    AARON WAINSCOAT
    Attorneys for Plaintiffs
    SANTOS SALAS and ANITA GUTIERREZ


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 4/7/2006                   _____
The Honorable Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE**
*Salas v. Hilltop Fin. Mortgage, Inc.*, Case No. C 04-1682 MHP (EMC)                                    3