1  BYRON H. DONE, ESQ. (SBN: 184255)
   LAW OFFICE OF BYRON H. DONE
2  1990 N. California Blvd., Suite 830
   Walnut Creek, CA 94596
3  Telephone: (925) 932-7009
   Facsimile: (925) 930-9675
4  email: byron.done@sbcglobal.net

5  Attorney for defendant
   THANH (TOM) NGUYEN

6
   SCOTT HAMMEL, ESQ. (SBN: 114911)
7  860 Hillview Ct., Suite 310
   Milpitas, CA 95035
8  Telephone: (408) 957-3888
   Facsimile: (408) 957-3883

9  Attorney for defendants
   HILLTOP FINANCIAL MORTGAGE, INC.,
10 ABRAHAM KABA, and THANH (TOM) NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual,<br><br>            Plaintiffs,<br>  vs.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., a California Corporation, ENCORE CREDIT CORPORATION, a California corporation, ABRAHAM KABA, an individual, and THANH (TOM) NGUYEN, an individual,<br><br>            Defendants. | Case No. C 04 1682 MHP (EMC)<br><br>**[PROPOSED]** **ORDER**<br><br><br><br><br><br><br><br>COMPLAINT FILED 04/29/2004 |

Defendant and Cross-Claimant ENCORE CREDIT CORPORATION ("Encore"), having settled with Plaintiffs and Plaintiffs having dismissed their complaint against Encore with prejudice, still having a cross-claim on file against defendants HILLTOP FINANCIAL MORTGAGE, INC. and ABRAHAM KABA ("Hilltop Defendants"), is deemed a part of this action. Within ten days of the date of this order, Encore shall provide written notice to the court and all parties by either (1) filing a dismissal of their cross-claims against the Hilltop

1  Defendants, with prejudice, or (2) filing and serving all required documents, participating fully
2  in the proceedings in this action (including but not limited to Case Management Conference,
3  Settlement Conference, and all other pretrial proceedings), and complying with all orders of the
4  court.  If Encore elects not to file a dismissal of its cross-claims and continues to participate in
5  the proceedings herein, the Hilltop Defendants shall file an answer to the cross-claim within ten
6  days of Encore's filing and service of their notice of their continued participation in this action.

8  Dated: April 18, 2006
   _____
   The Honorable Marilyn H. Patel

   *IT IS SO ORDERED*
   *Judge Marilyn H. Patel*

11 **APPROVED AS TO FORM:**
12 Dated:                                  DLA PIPER RUDNICK GRAY CARY US LLP

14                                         By: _____
15                                              AARON WAINSCOAT
                                                Attorneys for Plaintiffs
16                                              SANTOS SALAS and ANITA GUTIERREZ