1  Michael R. Pfeifer, Esq. (S.B. 072245)
   Libby Wong, Esq.  (S.B. 173824)
2  James P. Finerty, Esq. (S.B. 115611)
   PFEIFER & REYNOLDS, LLP
3  765 The City Drive, Suite 380
   Orange, CA 92868
4  (714) 703-9300

5
   Attorneys for Defendant and Cross-Claimant,
6  ENCORE CREDIT CORPORATION

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                          **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| SANTOS SALAS, an individual, and ANITA GUTIERREZ, an individual, | CASE No.:  C 04 1682  MHP  EMC |
| Plaintiffs, | <u>Assigned For All Purposes to</u>: Hon. Marilyn Patel |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| HILLTOP FINANCIAL MORTGAGE, INC., a California corporation, ENCORE CREDIT CORPORATION, a California corporation, and ABRAHAM KABA, an individual, | |
| Defendants. | |
| ENCORE CREDIT CORPORATION, a California corporation | |
| Cross-Claimant | |
| v. | |
| HILLTOP FINANCIAL MORTGAGE, INC., a California corporation and ABRAHAM KABA, an individual, | |
| Cross-Defendants | |

1
NOTICE OF VOLUNTARY DISMISSAL OF ENCORE CROSS-CLAIM

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 41(a), Cross-Claimant Encore Credit Corporation voluntarily dismisses the above-captioned Cross-Claim without prejudice.

DATED:  April 19, 2006            PFEIFER & REYNOLDS, LLP

S/ Michael R. Pfeifer

_____
MICHAEL R. PFEIFER
Attorneys for Defendant
and Cross-Claimant,
ENCORE CREDIT CORPORATION



2
NOTICE OF VOLUNTARY DISMISSAL OF ENCORE CROSS-CLAIM